ACCEPTED
03-14-00782-CV
4995038
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 4:36:26 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00782-CV

In The Court Of Appeals
For The Third Court Of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 4:36:26 PM
JEFFREY D. KYLE
Clerk

## SANTANDER CONSUMER USA, INC.,
*Appellant,*

v.

## MARIO A. MATA, CENTROPLEX AUTOMOBILE RECOVERY, INC., JOHN F. THOMPSON d/b/a CENTROPLEX AUTOMOBILE RECOVERY , INC., REDSHIFT INVESTIGATION INC., and BLAKE THORNTON VANDUSEN,
*Appellees.*

ON APPEAL FROM THE 353RD JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT
CAUSE NO. D-1-GN-13-000677

## APPELLEE MARIO A. MATA'S AMENDED NOTICE OF APPEARANCE AND DESIGNATION OF LEAD APPELLATE COUNSEL

E. JASON BILLICK, SBN: 24078230
WILLIAM B. GAMMON, SBN: 07611280
GAMMON LAW OFFICE, PLLC
1201 Spyglass Drive, Ste. 100
Austin, Texas 78746
Phone: (512) 472-8909
Fax: (888) 545-4279
firm@gammonlawoffice.com

TO THE HONORABLE JUSTICES OF THIS COURT:

NOW COME E. Jason Billick and William B. Gammon of the Gammon Law Office and file this Notice of Appearance and Designation of Lead Counsel in accordance with Texas Rule of Appellate Procedure 6.1. The following attorney will serve as lead counsel and attorney in charge:

E. JASON BILLICK, SBN: 24078230
GAMMON LAW OFFICE, PLLC
1201 Spyglass Drive, Ste. 100
Austin, Texas 78746
Phone: (512) 472-8909
Fax: (888) 545-4279
firm@gammonlawoffice.com

In accordance with Texas Rule of Appellate Procedure 6.3(a), Appellee Mario A. Mata respectfully requests that any notices, copies of documents filed in an appellate court, or other communications made in accordance with his appeal be sent to counsel, E. Jason Billick. Counsel expects The Tighe Law Firm, PC to appear as well as counsel of record.

1

Respectfully submitted,

E. JASON BILLICK, SBN: 24078230
WILLIAM B. GAMMON, SBN: 07611280
GAMMON LAW OFFICE, PLLC
1201 Spyglass Drive, Ste. 100
Austin, Texas 78746
Phone: (512) 472-8909
Fax: (888) 545-4279
firm@gammonlawoffice.com

**Counsel for Appellee Mario A. Mata**

AGREED TO:

Mario A. Mata
Appellee
111 Congress Avenue, Suite 400
Austin, Texas 78701
Tel: (512) 681-4461
Fax: (512) 628-2147

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been

served by Pro-Doc e-service or facsimile on this the 22nd day of April 2015:

Christopher A. Lotz
David L. Treat
LINDOW STEPHENS TREAT, LLP
The Vogue Building
600 Navarro Street, Sixth Floor
San Antonio, Texas 78205
Tel: (210) 227-2200
Fax: (210) 227-4602
clotz@1stlaw.com
dlt@1stlaw.com
*Attorneys for Appellee Red Shift*
*Investigation, Inc.*

Karen C. Burgess
RICHARDSON + BURGESS, LLP
221 West 6th Street, Suite 900
Austin, Texas 78701
Tel: (512) 482-8808
Fax: (512) 499-8886
kburgess@richardsonburgess.com
*Attorney for Appellees Centroplex*
*Automobile Recovery, Inc. and*
*John F. Thompson*

John S. Kenefick
John R. Sigety
MACDONALD DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Tel: (214) 744-3300
Fax: (214) 747-0942
jkeneifick@macdonalddevin.com
jsigety@macdonalddevin.com
*Attorneys for Appellee*
*Blake Thornton Vandusen*

Donald L. Turbyfill
Deborah C. S. Riherd
Vicki W. Hart
DEVIN, NAYLOR & TURBYFILL,
PLLC
4801 Woodway, Suite 420-West
Houston, Texas 77056
Tel: (713) 622-8338
Fax: (713) 586-7053
dturbyfil@dntlaw.com
driherd@dntlaw.com
vhart@dntlaw.com
*Attorneys for Appellant Santander*
*Consumer USA, Inc.*

_____
E. Jason Billick

3